IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHNNIE JONES, JR., )<br>)<br>Defendant. ) | Case No. 4:10CR3090 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 41. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Unopposed Motion to Continue Sentencing Hearing restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 1st day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge