IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3090 |
| V. | ) | |
| JOHNNIE JONES JR., | ) | ORDER |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff,

IT IS ORDERED that Defendant Jones' sentencing is continued to Friday, September 2, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 17th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge